IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01846-WYD-BNB

ELMOTASSIM M. ELHANAN, A# 74-659-489;
ABDELAZIZ M. ELMEKKI, A# 78-603-247;
TARIG F. HAMMAD, A# 78-603-680; and
SALEH I. MUSAID, A# 78-616-402,

     Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States;
JANET NAPOLITANO, Secretary of Department of Homeland Security;
MICHAEL AYTES, Deputy Director, U.S. Citizenship and Immigration Services;
ROBERT MATHER, Director, Denver Office, U.S. Citizenship and Immigration Services,

     Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Unopposed Motion for Voluntary Dismissal filed by Plaintiffs on October 8, 2009 [#21] pursuant to Fed. R. Civ. P. 41(a)(2).  Upon review of the motion and the file in this matter, and noting no opposition to the motion by Defendants in this case, it is hereby

ORDERED that Unopposed Motion for Voluntary Dismissal filed October 8, 2009 [#21] is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 9, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge